1006

THE STATE OF WASHINGTON, *Respondent*, v. PETER ANTHONY ARAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 55781, Robert M. Elston, J., entered February 18, 1971. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Pearson, J., and Farris, A.C.J.

THE STATE OF WASHINGTON, *Respondent*, v. JAIME ESTER WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57333, F. A. Walterskirchen, J., entered October 4, 1971. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and Petrie, J.

JACK STEINBERG, *Appellant*, v. ROBERT ZUCKERMAN *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 730233, David W. Soukup, J., entered February 26, 1971. *Affirmed* by unpublished opinion per Horowitz, C.J., concurred in by Williams and Callow, JJ.

DAVID GENE HOUSE, *Appellant*, v. DARRYL JANE HOUSE, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 20326, Felix Rea, J., entered June 11, 1971. *Affirmed* by unpublished opinion per Evans, J., concurred in by Munson, C.J., and Green, J.